UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 00CR0364 |
| v. | ) | |
| WALTER J. CHAMBLISS | ) | Violation: Title 18, United States Code, Section 1001 |

FILED MAY 11 2000
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

DOCKETED MAY 11 2000

JUDGE KOCORAS
MAGISTRATE JUDGE ASHMAN

The UNITED STATES ATTORNEY charges:

On or about February 18, 1998, at Melrose Park, in the Northern District of Illinois, Eastern Division,

WALTER J. CHAMBLISS,

defendant herein, in a matter within the jurisdiction of the Bureau of Alcohol, Tobacco, and Firearms, an agency of the executive branch of the government of the United States, knowingly and willfully made and used a false writing knowing the same to contain a materially false, fictitious and fraudulent statement; namely, defendant certified on a Bureau of Alcohol, Tobacco, and Firearms Form 4473 that he was the "actual buyer" of:

> one Lorcin Model LH9MMB 9mm pistol bearing serial number L083316, and one INTRATEC Model AB10 9mm pistol bearing serial number A013832,

from a licensed firearms dealer, namely, Suburban Sporting Goods, Melrose Park, Illinois, when in truth and in fact, as defendant then and there well knew, he was not the actual buyer, but was participating in a straw purchase of the firearms by another individual;

In violation of Title 18, United States Code, Section 1001(a)(3).

_____
UNITED STATES ATTORNEY